UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY P. DeCAMBRE,<br>*PLAINTIFF*<br><br>v.<br><br>BROOKLINE HOUSING AUTHORITY,<br>MATTHEW S. BARONAS, JANICE McNIFF<br>and CAROLE BROWN,<br>*DEFENDANTS* | CASE NO. 1:14-cv-13425-WGY |

## DEFENDANTS' MOTION TO STAY PROSECUTION
## PENDING PETITION FOR *CERTIORARI*

The Defendants move the Court for an order staying the prosecution of this matter while their Petition for a Writ of *Certiorari* is pending in the United States Supreme Court, and pending appeal thereafter, if the Petition is granted. As grounds therefor, the Defendants state as follows:

The Court of Appeals for the First Circuit issued its decision on June 14, 2016, reversing the judgment entered in favor of the Defendants in this Court, and remanding the case for further proceedings. The Defendants have elected to file a Petition for a Writ of *Certiorari* in the Supreme Court, which is due to be filed on September 12, 2016.[1] A decision on the Petition would be reasonably anticipated before the end of the year. In the meantime, the case has been re-opened in this Court, and a number of significant issues remain to be resolved as a result of the Court of Appeals' decision: *viz.*, the propriety and scope of any injunctive remedy, the nature

---

[1] The Defendants are requesting a thirty day extension of time to file their Petition, pursuant to Supreme Court Rule 13.5. The Request has not yet been acted upon.

1791015_1

*Motion allowed, subject to being lifted at any time for good cause shown; counsel shall submit status reports on Jan 17, 2017, and every 90 days thereafter.*

*/s/ NMGorton, USDJ  10/18/16*